# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PERRY ESPIE**<br>    *Plaintiff*<br><br>vs.<br><br>**SCOTT TRUCK SYSTEMS, INC.,**<br>**SCOTT TRUCKING, INC.,**<br>**DANIEL JAMES PAUL, AND**<br>**GEICO COUNTY MUTUAL**<br>**INSURANCE COMPANY**<br>    *Defendants* | § § § § § § § § § § § § | **CIVIL ACTION NO. _____** |

## CERTIFICATE OF FILING NOTICE OF REMOVAL WITH STATE COURT

The undersigned, attorney of record for Defendant Scott Truck Systems, Inc. ("Defendant") certifies that on **October 7, 2021**, a copy of the Notice of Removal of this action was filed with the clerk of the 115th Judicial District Court in Upshur County, Texas, and that the written notice of filing of the Notice of Removal was sent via a state-approved electronic service provider to Plaintiff's counsel.  Attached to the notices were copies of the Notice of Removal and Appendix thereto.  Removal of this action is effective as of that date, pursuant to U.S.C. § 1446.

Respectfully submitted,

By: */s/ Maxwell S. Bayman*
**Maxwell S. Bayman**
State Bar No. 24088774
max@hermes-law.com
**Chris Rodriguez**
State Bar No. 24097139
chris@hermes-law.com

> Hermes Law, P.C.
> 1919 McKinney Ave., Ste. 100
> Dallas, Texas 75201
> Telephone: (214) 749-6511
> Facsimile: (214) 749-6801
>
> *Attorneys for Defendant Scott Truck Systems, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **8th** day of **October 2021**, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court for the U.S. District Court for the Eastern District of Texas using the electronic case filing system of the Court. The undersigned further certifies that the following counsel and/or *pro se* parties of record were served with a true and correct copy of the foregoing document electronically or by any other manner authorized by Fed. R. Civ. P. 5(b)(2):

Brent Goudarzi
Marty Young
Goudarzi & Young, LLP
P.O. Drawer 910
Gilber, Texas 75644
Email: goudarziyoung@goudarzi-young.com
***Counsels for Plaintiff***

> */s/ Maxwell S. Bayman*
> Maxwell S. Bayman