IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PERRY ESPIE** | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **SCOTT TRUCK SYSTEMS, INC.,** | § | |
| **SCOTT TRUCKING, INC.,** | § | **CIVIL ACTION NO. _____** |
| **DANIEL JAMES PAUL, AND** | § | |
| **GEICO COUNTY MUTUAL** | § | |
| **INSURANCE COMPANY** | § | |
| *Defendants* | § | |

### APPENDIX IN SUPPORT OF NOTICE OF REMOVAL OF SUIT TO FEDERAL COURT

**EXHIBIT/DOCUMENT:**                                                                                       **PAGE:**

A.   *Plaintiff's State Court Petition* ........................................................................1

B.   Upshur County District Clerk's online service status...............................................2

C.   *Defendant Scott Truck Systems, Inc.'s Original Answer* .......................................2

D.   *Upshur County District Clerk's online service status* ...........................................2

E.   *Defendant Geico County Mutual Insurance Company's Original Answer* ............2

F.   *Defendant Daniel James Paul's driver's license* ....................................................7

G.   *Indiana's Secretary of State's Corporation File Detail Report regarding Scott Truck Systems, Inc.* ................................................................................................7

H.   Indiana's Secretary of State's Corporation File Detail Report regarding

Scott Trucking, Inc..................................................................................................7

Respectfully submitted,

By: */s/ Maxwell S. Bayman*
    **Maxwell S. Bayman**
    State Bar No. 24088774
    max@hermes-law.com
    Chris Rodriguez
    State Bar No. 24097139
    chris@hermes-law.com
Hermes Law, P.C.
1919 McKinney Ave., Ste. 100
Dallas, Texas 75201
Telephone: (214) 749-6511
Facsimile: (214) 749-6801

*Attorneys for Defendants Scott Truck Systems, Inc. and Daniel James Paul*

Brent Goudarzi
Marty Young
Goudarzi & Young, LLP
P.O. Drawer 910
Gilber, Texas 75644
Email: goudarziyoung@goudarzi-young.com
***Counsels for Plaintiff***

Jennifer A. Crawford
Geico County Mutual Insurance Company
3301 Golden Rd, Ste. 417
Tyler, Texas 75701
***Counsel for Defendant Geico County Mutual Insurance Company***